**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Georgina Warren,<br><br>  Defendant. | No. CR-17-8315-PCT-SPL<br><br>**DETENTION ORDER** |

On July 24, 2018, defendant, Georgina Warren, through a formal written motion filed by her counsel regarding a petition to revoke conditions of release, submitted the issue to the Court. The Court considered the information provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 26th day of July, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge